UNITED STATES of America, Plaintiff-Appellee,

v.

Victorio PEREZ-ROMERO, Defendant-Appellant.

No. 17-50150

United States Court of Appeals, Ninth Circuit.

Submitted December 18, 2017 *

Filed December 21, 2017

Karla Davis, Assistant U.S. Attorney, Benjamin Holley, Assistant U.S. Attorney, Helen H. Hong, Assistant U.S. Attorney, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee

Kurt David Hermansen, Law Office of Kurt David Hermansen, San Diego, CA, for Defendant-Appellant

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

MEMORANDUM **

Victorio Perez-Romero appeals from the district court's judgment and challenges the 87-month sentence imposed following his guilty-plea convictions for importation of methamphetamine, in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Perez-Romero contends that his sentence is substantively unreasonable in light of the mitigating circumstances in this case. The district court did not abuse its discretion in imposing Perez-Romero's sentence. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including the amount of methamphetamine involved in the offense. *See Gall*, 552 U.S. at 51, 128 S.Ct. 586.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.